

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sodhi Singh | **Civil Action No.** 26-cv-02186-AGS-VET |
| **Plaintiff,** | |
| **V.** | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Petition is DISMISSED WITHOUT PREJUDICE.   This case is now closed.

**Date:**        4/20/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago

A. Santiago, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26cv02186-AGS-VET

Respondents

Patrick Divver
Regional Director of Enforcement and Removal Operations (ERO) San Diego Field Office U.S. Immigration and Customs Enforcement (ICE)

Kristi Noem
Secretary U.S. Department of Homeland Security (DHS)